# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1333
Lower Tribunal No. 20-896
_____

**Cynthia Monger,**
Appellant,

vs.

**Reemployment Assistance Appeals Commission,**
Appellee.

An Appeal from the State of Florida, Reemployment Assistance Appeals Commission.

Cynthia Monger, in proper person.

Katie E. Sabo, Appellate Counsel (Tallahassee), for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Filomia v. Celebrity Cruises, Inc.</u>, 271 So. 3d 1199, 1200 (Fla. 3d DCA 2019); <u>see</u> <u>also</u> <u>Hood v. Fla. Unemployment Appeals Comm'n</u>, 72 So. 3d 273, 277 (Fla. 1st DCA 2011) (affirming order and explaining that where the Commission acts within its authority, the appellant has the burden to establish "on appeal any of the grounds, under section 120.68(7), Florida Statutes, upon which the Commission's final order might be set aside").